**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NANCY WALD, and ROBERT
WALD, her husband,

    Plaintiffs,

v.                                          Case No. 3:03-cv-1002-J-20HTS

THE UNITED STATES OF AMERICA,

    Defendant.
_____

**O R D E R**

On April 26, 2005, the Court entered an Order (Doc. #11) permitting J. Richard Moore, Jr., Esquire, to withdraw as counsel for Plaintiffs, who were instructed to "file a notice advising the Court of a telephone number at which they can be contacted" within ten days. *Id.* at 1. As of the date of this Order, they have failed to do so.

In light of the foregoing, Plaintiffs will be given an additional eleven (11) days to comply with the Order (Doc. #11). Failure to do so may result in a recommendation that this case be dismissed for failure to prosecute pursuant to Rule 3.10, Local Rules, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of May, 2005.

                                           Howard T. Snyder
                                           HOWARD T. SNYDER
                                           United States Magistrate Judge

Copies to:

Counsel of Record
    and *pro se* parties, if any