UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NANCY WALD and ROBERT WALD,
her husband,

        Plaintiff,

v.                                        Case No. 3:03-cv-1002-J-20HTS

THE UNITED STATES OF AMERICA,

        Defendant.
_____/

## ORDER

Before the Court are Defendant's Motions to Dismiss for Failure to Prosecute, or in the Alternative, Motion to Continue and Remove from August 2005 Pre-Trial Proceedings and the October 2005 Trial Calendar and Motion for Sanctions (Doc. Nos. 19-21, filed on July 22 and 26, 2005). The Pre-trial Conference is currently set for August 25, 2005. The Court realizes that the time to respond to the Motions has not yet run. Therefore, in addition to responding to these Motions before the Pre-trial Conference, Plaintiffs shall appear without fail at the Pre-trial Conference and show cause why this case should not be dismissed for the abuse of the judicial process and why judgment should not be entered against them for the outstanding fees.

**DONE AND ENTERED** at Jacksonville, Florida this 29th day of July, 2005.

                                                  HARVEY E. SCHLESINGER
                                                  United States District Judge

Copies to:

Nancy and Robert Wald, pro se
Edward B. Gaines, Esq., AUSA
Sheri Lewis, Esq.